UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARLETHA "JENE" CAREY, *et al.*, | |
| Plaintiff, | 2:10-cv-1532-GMN-RJJ |
| vs. | |
| THE UNITED STATES OF AMERICA; etc., *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on February 25, 2011; April 22, 2011; and, June 17, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __19th__ day of January, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge