DANIEL G. BOGDEN
United States Attorney

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
*patrick.rose@usdoj.gov*

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARLETHA "JENE" CAREY AND RICHARD CAREY, etc.,  <br><br>Plaintiffs,  <br><br>v.  <br><br>THE UNITED STATES OF AMERICA; *et al.*,  <br><br>Defendants. | Case No. 2:10-cv-01532-GMN-RJJ  <br><br>**MOTION FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**  <br><br>**(First Request)** |

     Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 6-1, Defendant, the United States of America, respectfully requests that this Court extend the deadline for the parties to file the proposed joint pretrial order. More specifically, and for the reasons explained below, the United States requests that the Court extend the deadline by forty-five days from October 31, 2011 to December 15, 2011. This is the first request for an extension of such deadline and is based on the reasons set forth below.

     This is a complex medical malpractice case involving alleged permanent injury, thousands of pages of records, numerous medical providers, and several expert witnesses. Plaintiff has a lengthy medical history. Plaintiff was in a rehabilitation facility at the time of her

deposition.  During discovery, the parties exchanged over 17,000 pages of records in this matter. The defense is in the process of going through these records to determine the documents, as well as witnesses, to be listed in the joint pretrial order, but this process takes a great deal of time due to the number of documents and issues in the case.

Additionally, undersigned counsel must also devote significant time in the near future to an employment/*Bivens* case, *Mary Maureen Minshew v. The Honorable Michael B. Donley, et al.*, 2:10-cv–01593-PMP-PAL.  Undersigned counsel must travel to Norfolk, Virginia on October 15, 2011 and will remain there for depositions through October 21, 2011.  This also requires defense counsel to devote most of his time from October 11 to October 14, 2011 to preparing for these depositions, as well as preparing federal employee witnesses (including an individually named party) for their depositions.

On a personal note, undersigned counsel is also scheduled to be out of the office for personal/family reasons on October 27 and 28, 2011.

All of this will leave insufficient time for the defense to review, add to, and revise the proposed joint pretrial order, once a draft is submitted to the defense by Plaintiff, as well as allow  both counsel to finalize and file a proposed joint pretrial order by October 31, 2011.

The month of November also contains the federal holidays of Veteran's Day and Thanksgiving.  Given the holidays, the scope of this case, as well as other duties of undersigned counsel, the defense believes that the requested extension of forty-five days would be safer and more advisable than an extension of thirty days (which would put the due date at November 30, 2011).

Accordingly, the United States respectfully requests that the Court extend the deadline for the parties to file a proposed joint pretrial order by forty-five days, from October 31, 2011 to December 15, 2011.

There has not been a previous request to extend the due date of October 31, 2011 to file the proposed joint pretrial order.

1   This motion is filed in good faith and not for purposes of undue delay.

2   Respectfully submitted this 11th day of October, 2011.

3   DANIEL G. BOGDEN
    United States Attorney

5    /s/ Patrick A. Rose
    PATRICK A. ROSE
6   Assistant United States Attorney


**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 'Pqxgo dgt '52.'4233