1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  PATRICK A. ROSE
   Assistant United States Attorney
4  Nevada Bar No. 5109
   333 Las Vegas Blvd. South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Fax: (702) 388-6787
   Patrick.Rose@usdoj.gov
7  Attorneys for the United States

8

9                   UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11 ARLETHA "JENE" CAREY and        )   Case No. 2:10-cv-01532-GMN-RJJ
   RICHARD CAREY, Husband and Wife, )
12                                  )
                  Plaintiffs,       )   **STIPULATION AND ORDER**
13                                  )   **REGARDING SETTLEMENT**
         v.                         )
14                                  )
   THE UNITED STATES OF AMERICA;    )
15 DOE PHYSICIANS 1-40; DOE NURSES  )
   41-120; DOES 121-300, inclusive  )
16                                  )
                  Defendants.       )
17 _____  )

18      Plaintiffs, Arletha "Jene" Carey and Richard Carey, ("Plaintiffs") and Defendant, the

19 United States of America, ("Defendant"), through their undersigned counsel, stipulate, represent,

20 and request as follows:

21      A.    The parties signed a written settlement agreement on August 22, 2012 to resolve

22 all claims in this matter without admission of liability by Defendant.

23      B.    Also on August 22, 2012, Defendant faxed to the U.S. Department of the

24 Treasury's Judgment Fund ("Judgment Fund") the necessary papers to request payment of the

25 settlement amount.

26 . . .

C. Typically, payment from the Judgment Fund occurs between four and six weeks after submission of the request papers, as employees at the Judgment Fund have to process several hundred requests for payments on a monthly basis.

D. Promptly after payment of the settlement amount, the parties will submit a stipulation and order to dismiss this matter with prejudice, each side to bear its own fees and costs.

Based on the foregoing, the parties respectfully request that the Court:

1. Vacate the calendar call date of September 17, 2012;

2. Vacate the trial date of September 25, 2012; and

3. Set this matter for a status check in approximately thirty days, which could be vacated, however, if a stipulation for dismissal is on file before the status check.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | LAW OFFICE OF<br>PAUL WILLIAM DANIELSEN |
| /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>Attorneys for Defendant<br>United States of America | /s/ Paul William Danielsen<br>Paul William Danielsen, Esq<br>Attorney for Plaintiffs<br>Arletha "Jene" Carey and<br>Richard Carey |
| Dated: September 7, 2012 | Dated: September 7, 2012 |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  09/12/2012**