DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Patrick.Rose@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARLETHA "JENE" CAREY and RICHARD CAREY, Husband and Wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA; DOE PHYSICIANS 1-40; DOE NURSES 41-120; DOES 121-300, inclusive<br><br>    Defendants. | Case No. 2:10-cv-01532-GMN-RJJ<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT** |

Plaintiffs, Arletha "Jene" Carey and Richard Carey, ("Plaintiffs") and Defendant, the United States of America, ("Defendant"), through their undersigned counsel, stipulate, represent, and request as follows:

A.   The parties signed a written settlement agreement on August 22, 2012 to resolve all claims in this matter without admission of liability by Defendant.

B.   Also on August 22, 2012, Defendant faxed to the U.S. Department of the Treasury's Judgment Fund ("Judgment Fund") the necessary papers to request payment of the settlement amount.

. . .

1   C. Typically, payment from the Judgment Fund occurs between four and six weeks after submission of the request papers, as employees at the Judgment Fund have to process several hundred requests for payments on a monthly basis.

4   D. Promptly after payment of the settlement amount, the parties will submit a stipulation and order to dismiss this matter with prejudice, each side to bear its own fees and costs.

Based on the foregoing, the parties respectfully request that the Court:

1. Vacate the calendar call date of September 17, 2012;

2. Vacate the trial date of September 25, 2012; and

3. Set this matter for a status check in approximately thirty days, which could be vacated, however, if a stipulation for dismissal is on file before the status check.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | LAW OFFICE OF<br>PAUL WILLIAM DANIELSEN |
| */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>Attorneys for Defendant<br>United States of America | */s/ Paul William Danielsen*<br>Paul William Danielsen, Esq<br>Attorney for Plaintiffs<br>Arletha "Jene" Carey and<br>Richard Carey |
| Dated: September 7, 2012 | Dated: September 7, 2012 |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED: 09/12/2012**

-2-