DANIEL G. BOGDEN
United States Attorney
District of Nevada
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Patrick.Rose@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARLETHA "JENE" CAREY and RICHARD CAREY, Husband and Wife, | Case No. 2:10-cv-01532-GMN-RJJ |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| THE UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

Plaintiffs and Defendant, through their undersigned counsel, stipulate and request that this action be dismissed with prejudice, each side to bear its own fees and costs.

Respectfully submitted this 10th day of October, 2012.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | LAW OFFICE OF<br>PAUL WILLIAM DANIELSEN |
| /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>Attorneys for Defendant | /s/ Paul William Danielsen<br>Paul William Danielsen, Esq<br>Attorney for Plaintiffs |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: October 11, 2012